UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,[1]

    Plaintiff,

v.

BRISTOL EXCAVATING, INC., et al.,

    Defendants.

CIVIL ACTION NO. 4:16-CV-01512

(MEHALCHICK, M.J.)

# ORDER

**AND NOW**, this 7th day of November, 2017, for the reasons contained in the Memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's motion for summary judgment (Doc. 19) is **GRANTED IN PART and DENIED IN PART**;

2. The Defendants failure to include third-party bonuses constitutes a violation of 29 U.S.C. § 207 where no § 207(e) exclusion applies;

3. Defendant Calvin Bristol is joint and severally liable for the violations;

4. The violations are subject to 29 U.S.C. § 216's mandatory liquidated damages provision;

5. Judgment is hereby entered against Defendants in the amount of **$16,001.74**, with $8,000.87 for overtime pay owed to employees and an equal amount owed in the form of liquidated damages;

6. Plaintiff's request for injunctive relief is **DENIED**;

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Plaintiff Thomas E. Perez has been substituted with Acting Secretary of Labor R. Alexander Acosta.

7. Defendants Bristol Excavating, Inc. and Calvin Bristol's motions for summary judgment (Doc. 22; Doc. 23) are **DENIED**; and

8. The Clerk of Court is directed to close this case.

**Dated: November 7, 2017**                                    *s/ Karoline Mehalchick*
                                                               **KAROLINE MEHALCHICK**
                                                               **United States Magistrate Judge**